**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

TRACEY HARDIN,

     Plaintiff,

vs.                                  1:09-CV-203-SPM/AK

WASTE MANAGEMENT INC OF FLORIDA,

     Defendant.

_____/

## <u>ORDER EXTENDING TIME</u>

     **THIS CAUSE** comes before the Court upon the Parties' Joint Motion for an Extension of Time to Mediate (doc. 15). As the Court finds the request to be reasonable, it is hereby **ORDERED AND ADJUDGED** as follows:

     1.     The Motion for Extension of Time to Mediate (doc. 15) is *granted*.

     2.     The mediation deadline is extended by thirty days.

     **DONE AND ORDERED** this <u>seventh</u> day of April, 2010.

               *s/ Stephan P. Mickle*
               Stephan P. Mickle
               Chief United States District Judge