IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TRACEY HARDIN,

    Plaintiff,

vs.                                           CASE NO.: 1:09cv203-SPM/AK

WASTE MANAGEMENT INC OF FLORIDA,

    Defendant.

_____/

## ORDER GRANTING LEAVE TO FILE REPLY

THIS CAUSE comes before the Court upon the Defendant's Motion for Leave to File a Reply Memorandum (doc. 22) as to the Plaintiff's Response in Opposition (doc. 17) to the Defendant's Motion for Summary Judgment (doc. 14). Upon consideration, it is hereby ORDERED AND ADJUDGED as follows:

1.     The Defendant's Motion (doc. 22) is granted. Defendant shall have until May 14, 2010, to serve and file the reply.

2.     In order that the Court may have adequate time to consider the Motion for Summary Judgment and all pleadings related thereto, trial in this matter is continued to August 2, 2010, at 8:30 a.m.

3.     The date and time for the pretrial conference will be rescheduled by

separate order.

DONE AND ORDERED this <u>twenty-ninth</u> day of April, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge